140 So. 882
## HICKS v. FIRST NAT. BANK OF MOBILE.
### 4 Div. 632.

Supreme Court of Alabama.
April 7, 1932.

Owen & Carmichael and J. C. Fleming, all of Elba, for appellant.

C. L. Rowe, of Elba, for appellee.

**ANDERSON, C. J.**

This appeal is from an order or decree of the court directing the receiver to pay over to the appellee, a creditor, its pro rata share of a dividend from the assets of the insolvent Elba Bank & Trust Company. In other words, the decree does not affect the receiver personally, and is a mere determination of the relative rights of creditors of the insolvent bank, and does not involve an increase or diminution of the assets as a whole.

It has been held by this court as well as the weight of authority that a receiver in such a case cannot appeal from such a decree rendered by a court appointing him without first obtaining leave of the court to do so. Unless given authority, a receiver cannot appeal from a decree allowing the claim of a creditor, as he has no interest in the distribution. Cobbs, Rec., v. Vizard Inv. Co., 182 Ala. 372, 62 So. 730, Ann. Cas. 1915D, 801; Cobbs v. Cook, 182 Ala. 331, 62 So. 729; Coffey v. Gay, 191 Ala. 137, 67 So. 681, L. R. A. 1915D, 802, and note.

The motion to dismiss the appeal is sustained.

Appeal dismissed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.